IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, |  |
| v. | Criminal Action No. 06- 02- UNA |
| ISHMAEL M. RODRIQUEZ, | |
| Defendant. | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about November 22, 2005, in the State and District of Delaware, the defendant, ISHMAEL M. RODRIQUEZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 18, 2005, in the Superior Court in and for New Castle County, State of Delaware, did knowingly possess in and affecting commerce a firearm, to wit, a .357 Rossi revolver, serial number F443169, two (2) R-P .357 caliber rounds of ammunition, three (3) PMC .38 caliber rounds of ammunition and one (1) Federal .38 caliber round of ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Date: January 3, 2005

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE