IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-02 |
| ) | |
| ISHMAEL RODRIQUEZ, ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 3, 2006, ISHMAEL RODRIQUEZ was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. ISHMAEL RODRIQUEZ (d.o.b. 10/24/85) is currently a pretrial detainee on various State offenses. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearance and Arraignment is scheduled for Thursday, January 12th, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a

Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden, Howard R. Young Correctional Institution, to bring the said defendant ISHMAEL RODRIQUEZ before this Court on Thursday, January 12th, at 1:00 p.m. for an Initial Appearance and to be returned to the Warden, Howard R. Young Correctional Institution, Wilmington, Delaware after the Initial Appearance.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

Dated:   January 5, 2006

**IT IS SO ORDERED** this ___6___ day of __February__, 2006

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court