UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
                                )
        Plaintiff,       )
                                )
                                )   CASE NO.  CR 06-02
        vs.             )
    Ishamel Rodriquez      )
                                )
        Defendant.      )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 1/12/06 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until February 28, 2006 The time between the date of this order and February 28, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney