IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>**ISHMAEL RODRIQUEZ**<br>    Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. **06-02-~~UNA~~ JJF**<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL INSTITUTION,
WILMINGTON, DELAWARE

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ISHMAEL RODRIQUEZ** who is now detained and imprisoned in the **HOWARD R. YOUNG CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **ISHMAEL RODRIQUEZ** was charged with POSSESSION OF A FIREARM BY A FELON in violation of 18 U.S.C. SECTION 922(g)(1) for an **INITIAL APPEARANCE ON THURSDAY, JANUARY 12, 2006 AT 1:00 PM** and for any other proceedings subsequent thereto, and to be returned to the custody of the Warden of the Howard R. Young Correctional Institution following the said Initial Appearance.

    And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 6th day of January, 2005.

CERTIFIED: 1/9/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _Evette Watson_
    Deputy Clerk

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk