AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ISHMAEL RODRIQUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05- 150M-MPT

RECEIVED 2005 DEC 28 AM 10:45

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ishmael Rodriquez, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information  X  Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly possessing a firearm and ammunition after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year,

in violation of Title __18__ United States Code, Section (s) __922(g)(1)__.

| | |
|---|---|
| Honorable Joseph J. Farnan, Jr. | United States District Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| JOSEPH J. FARNAN, JR. | December 28, 2005    Wilmington, Delaware |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | by [signature]  Joseph J. Farnan |
| FILED FEB 2 2 2006 | Name of Judicial Officer |

U.S. DISTRICT COURT
DISTRICT OF DELAWARE    **RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
Ishmael Rodriguez

| DATE RECEIVED 12-28-05 | NAME AND TITLE OF ARRESTING OFFICER  William David, DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1-12-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest