IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-02 JJF |
| ISHMAEL RODRIGUEZ, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Friday, March 17, 2006 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, DE.

2. The time between the date of this Order and March 17, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 3, 2006
DATE

UNITED STATES DISTRICT JUDGE