IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.    ) | Criminal Action No. 06-02-JJF |
| ) | |
| ISHMAEL RODRIQUEZ,    ) | |
| ) | |
| Defendant.   ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 3, 2006, Defendant was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Defendant is currently a detainee on various State offenses. The Defendant is detained at the Howard R. Young Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The Court has scheduled a Rule 11 hearing in this case for March 17, 2006, at 1:30 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility, to bring the said

defendant Ishmael Rodriquez before this Court on March 17, 2006, at 1:30 p.m. for a Rule 11 hearing, and to be returned to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility after said hearing.

                    COLM F. CONNOLLY
                    United States Attorney

            By: /s/ Douglas E. McCann
                  Douglas E. McCann
                  Assistant United States Attorney

Dated:  March 16, 2006

**IT IS SO ORDERED** this _____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE