IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-02 JJF |
| ISHMAEL RODRIQUEZ, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Defendant Ishmael Rodriquez appeared before the Court on March 17, 2006, with counsel, for a Rule 11 hearing;

WHEREAS, the Defendant pled guilty to the Indictment filed in the above case;

WHEREAS, Counsel for Plaintiff and Defendant consent to the detention of Defendant;

IT IS HEREBY ORDERED that the Defendant Ishmael Rodriquez is ordered detained without bail pending sentencing.

March 21, 2006
DATE

UNITED STATES DISTRICT JUDGE