IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| | : Criminal Action No. 06-02-JJF |
| v. | : |
| ISHMAEL RODRIQUEZ, | : |
| Defendant. | : |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND THE WARDEN OF HOWARD R. YOUNG CORRECTIONAL INSTITUTE, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said Ishmael Rodriquez who is now detained and imprisoned at the Howard R. Young Correctional Institute and who is a defendant in the above-entitled cause, in which cause the said Ishmael Rodriquez was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) for a Rule 11 Hearing on **Friday, March 17, 2006, at 1:30 p.m.** in the United States District Court for the District of Delaware. Mr. Rodriguez will then be returned to the custody of the United States Marshal for the District of Delaware upon completion of the hearing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Joseph J. Farnan, Jr., U.S. District Court Judge of the District Court of the United States for the District of Delaware, this 16th day of March, 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

CERTIFIED: 3/16/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk



MAR 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE