RECEIVED
MAY - 8 2006

Greeting's JOSEPH J. FARNAN, JR. (Your Honor)

I Ishmael Rodriguez C.A. # 06-02 JJF have founded In my heart to apologize to society for my crimal behavior. I now realize that this Is not the life style I wish to persue. I have found a more positive way in my heart to live in Society, by setting some short and long term goal's. I Looked at this case as a learning experience that will perpare me for making better decision when I am release from prison.

I am twenty year's old I have two kid's and a steady job and play a major role in my family's life. I realize How this bad decision has affected many people that care and love me and I them. I know It's time to be a positive role model and enjoy life. I rightfully admit to society that I am truely regretful. I hope that this letter finds you in good spirt and health.

God-Bless

Sincerely Your's

Ishmael Rodriguez