Shmael Rodriguez
B.I # 388087
R.Y.C.I - ID # 05044-015
P.O. Box 9561
Wilm DE 19809

WILMINGTON DE 197
05 MAY 2006 PM I L

U.S.M.S.
X-RAY

JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE
DISTRICT OF DELAWARE
FIRST FEDERAL PLAZA
704 KING STREET
WILM, DE 19801

