IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ISHMAEL RODRIQUEZ,<br><br>                Defendant. | Criminal Action No. 06-02-JJF |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 3, 2006, Defendant was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Defendant is currently a detainee on various state offenses. The Defendant is detained at the Howard R. Young Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The Court has scheduled sentencing in this case for June 20, 2006, at 11:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility, to bring the said

defendant Ishmael Rodriquez before this Court for June 20, 2006, at 11:00 a.m., and to be returned to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility after said sentencing.

        COLM F. CONNOLLY
        United States Attorney

By: _____
    Shannon T. Hanson
    Assistant United States Attorney

Dated: June 2, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE