IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-02-JJF |
| | ) | |
| ISHMAEL RODRIQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On January 3, 2006, Defendant was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Defendant is currently a detainee on various state offenses. The Defendant is detained at the Howard R. Young Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The Court has scheduled sentencing in this case for June 20, 2006, at 11:00 a.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility, to bring the said

defendant Ishmael Rodriquez before this Court for June 20, 2006, at 11:00 a.m., and to be returned to the Warden for Howard R. Young Multi-Purpose Criminal Justice Facility after said sentencing.

                                      COLM F. CONNOLLY
                                      United States Attorney

                              By: _____
                                 Shannon T. Hanson
                                 Assistant United States Attorney

Dated: June 2, 2006

      **IT IS SO ORDERED** this __5__ day of __JUNE__, 2006.

                                    _____
                                    UNITED STATES DISTRICT JUDGE