IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| | : Criminal Action No. 06-02-JJF |
| v. | : |
| ISHMAEL RODRIQUEZ, | : |
| Defendant. | : |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND THE WARDEN OF THE HOWARD R. YOUNG MULTI-PURPOSE CRIMINAL JUSTICE FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said Ishmael Rodriquez who is now detained and imprisoned in the Howard R. Young Multi-Purpose Criminal Justice Facility and who is a defendant in the above-entitled cause, in which cause the said Ishmael Rodriquez is scheduled for his sentencing in the United States District Court for the District of Delaware on **Tuesday, June 20, 2006.** Mr. Ishmael Rodriquez will then be returned to the Howard R. Young Multi-Purpose Criminal Justice Facility after said sentencing.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Joseph J. Farnan, Jr., U.S. District Court Judge of the District Court of the United States for the District of Delaware, this __7__ day of June, 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk